NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCELLUS M. MASON, JR.,**

*Claimant-Appellant*

v.

**TODD HUNTER, Acting Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1057

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-3282, Judge Amanda L. Meredith.

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    MASON V. HUNTER

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>January 23, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court